In re **FREEMAN**. (Supreme Court, Appellate Division, Second Department. March 4,

1910.) In the matter of the application of Parker Ross Freeman for admission to the bar. No opinion. Application granted.